FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY SYMS; MARK BRADLEY; ALAN HUNT; GARY JOYNER; JEREMIE PROCK; BRAD WILLMS; JEFF TYREE; RUSSELL WOMER; JONATHAN SEALY; JAMES LEHMAN; RICHARD BAYHAN; GEORGE BINION; ANGELA FLETCHER; VITALIY GRIAHKO; JONATHAN HADDEMAN; DYLAN HOCKETT; DEREK JENKINS; JEREMIE LARSEN; HENRY NOTT; DANIEL PHINNEY; STEVEN SCHUBACK; RON COOPER; KONAN THOMBLADE; MARK BROWN; REESE ROBINSON; TIM KELLY; KYLE SCHULTZ; VANESSA CERVANTES; JOHN GORHAM; JOSHUA MONTGOMERY; ARTURO NUNEZ; BRIAN REISWIG; OWEN ROBERTS; and JUSTIN STEWART, <br><br>              Plaintiff, <br><br>   v. <br><br>PORCH.COM, INC., a Delaware corporation; GOSMITH, INC., a Delaware corporation; MATTHEW | NO: 2:20-CV-162-RMP <br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | EHRLICHMAN, CEO and cofounder of Porch.com, Inc. and CEO of GoSmith, Inc. and in his individual capacity; BRENTON MARRELLI, CEO and cofounder of GoSmith, Inc. and in his individual capacity; and DARWIN WIDJAJA, CTO and cofounder of GoSmith, Inc. and VP of Porch.com, Inc. and in his individual capacity,<br><br>                      Defendants. |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss without Prejudice, ECF No. 29.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Stipulated Motion to Dismiss without Prejudice, **ECF No. 29**, is **GRANTED**.

2. Plaintiffs' Complaint is dismissed **without prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 11, 2020.

                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2